UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEON BAKER,<br><br>  Petitioner,<br><br>  vs.<br><br>DOMINGO URIBE, Warden,<br><br>  Respondent. | Civil No.   11-1117 LAB (POR)<br><br>**SUMMARY DISMISSAL OF SUCCESSIVE PETITION PURSUANT TO 28 U.S.C. § 2244(b)(3)(A) GATEKEEPER PROVISION** |

On May 20, 2011, Petitioner, Christopher Leon Baker, a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

**PETITION BARRED BY GATEKEEPER PROVISION**

The instant First Amended Petition is not the first Petition for a Writ of Habeas Corpus Petitioner has submitted to this Court challenging his February 1, 2000 conviction in San Diego Superior Court case No. SDC 146719. On July 30, 2004, Petitioner filed in this Court a Petition for Writ of Habeas Corpus in case No. 04cv1533. In that petition, Petitioner challenged his conviction in San Diego Superior Court case No. SDC 146719 as well. On July 25, 2007, this Court denied the petition on the merits. (*See* Order filed July 25, 2007 in case No. 04cv1533 H (BLM) [Doc. No. 58].) Petitioner appealed that determination. On June 8, 2009, the Ninth Circuit Court of Appeals affirmed this Court's decision. (*See* Order in *Baker v. Yates*, No. 07-56316 (9th Cir. June 18, 2009).) On December 23, 2009, the Ninth Circuit Court of Appeals

1  denied Baker's petitions for rehearing and rehearing en banc. (*See* Order in *Baker v. Yates*, 07-
2  56316 (9th Cir. Dec. 23, 2009) [Doc. No. 70].)

3  Petitioner is now seeking to challenge the same conviction he challenged in his prior
4  federal habeas petition. Unless a petitioner shows he or she has obtained an Order from the
5  appropriate court of appeals authorizing the district court to consider a successive petition, the
6  petition may not be filed in the district court. *See* 28 U.S.C. § 2244(b)(3)(A). Here, there is no
7  indication the Ninth Circuit Court of Appeals has granted Petitioner leave to file a successive
8  petition.

9  **CONCLUSION**

10 Because there is no indication Petitioner has obtained permission from the Ninth Circuit
11 Court of Appeals to file a successive petition, this Court cannot consider his Petition.
12 Accordingly, the Court **DISMISSES** this action without prejudice to Petitioner filing a petition
13 in this court if he obtains the necessary order from the Ninth Circuit Court of Appeals. For
14 Petitioner's convenience, the Clerk of Court shall attach a blank Ninth Circuit Application for
15 Leave to File Second or Successive Petition.

16 **IT IS SO ORDERED.**

17
18 **DATED:** May 31, 2011

19             *Larry A. Burns*
20             HONORABLE LARRY ALAN **BURNS**
               **United States District Judge**